Not For Publication in West's Federal Reporter

# United States Court of Appeals
## For the First Circuit

No. 10-1075

JOSEFINA CANALES,

Plaintiff, Appellant,

v.

PATRICK R. DONAHOE,[*]
POSTMASTER GENERAL OF THE UNITED STATES,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
[Hon. Daniel R. Domínguez, U.S. District Judge]

---

Before

Torruella, Leval,[**] and Thompson,
Circuit Judges.

---

Bámily López-Ortiz, with whom López Toro Law Office, was on brief for appellant.
Michael J. Elston, Special Assistant United States Attorney, with whom Rosa Emilia Rodríguez-Vélez, United States Attorney, was on brief for appellee.

---

December 14, 2010

---

[*] Pursuant to Fed. R. App. P. 43(c)(2), Postmaster General Patrick R. Donahoe, is substituted for former Postmaster General John E. Potter as appellee.

[**] Of the Second Circuit, sitting by designation.

**Per Curiam**.  After a careful examination of the district court record and the parties' briefs, it "clearly appear[s] that no substantial question is presented."  1st Cir. R. 27.0(c). Accordingly, the district court's judgment is summarily affirmed.

**Affirmed**.